E-FILED
Tuesday, 28 June, 2022 02:39:20 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| STEVEN HART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE VALSPAR CORPORATION and THE SHERWIN-WILLIAMS COMPANY,<br><br>Defendants. | Case No. 2:20-cv-02325-CSB-EIL<br><br>Hon. Colin Stirling Bruce<br><br>Magistrate Judge Eric I. Long |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Steven Hart, individually and as a representative of a Settlement Class of similarly situated persons, by counsel, Siegel & Dolan Ltd. respectfully requests that this Court preliminarily approve the parties' class action settlement, as it meets all of the necessary requirements. In support of his unopposed motion, Plaintiff submits a Memorandum of Law, and further states:

1.  Plaintiff filed this as a class action under the Biometric Information Privacy Act, 740 Ill. Comp. Stat. 14/l, *et seq.* ("BIPA") on behalf of all persons in Illinois who had their biometric identifiers and biometric information improperly collected, captured, received, or otherwise obtained by Defendants.

2.  After extensive arms-length negotiations, the parties reached a class settlement of Plaintiff's BIPA claims.

3.  As set forth in Plaintiff's accompanying Memorandum of Law, the class settlement is fair, reasonable, and adequate, and therefore meets the requirements of Fed. R. Civ. P. 23(e).

4.      Attached as Exhibit A is the parties' proposed Notice to the putative class members.

5.      Attached as Exhibit B is Plaintiff's proposed "Order Granting Preliminary Approval of Class Settlement."

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant preliminary approval of this proposed settlement, sign the proposed order, and allow the parties' proposed Notice to be sent to the class members.

| | |
|---|---|
| Dated: June 28, 2022 | Respectfully submitted, |
| Marc J. Siegel, IARDC No. 6238100<br>Bradley Manewith, IARDC No. 6280535<br>James D. Rogers, IARDC No. 6324570<br>Siegel & Dolan Ltd.<br>150 North Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>Tel. (312) 878-3210<br>Fax (312) 878-3211<br>msiegel@msiegellaw.com<br>bmanewith@msiegellaw.com<br>jrogers@msiegellaw.com | STEVEN HART, on behalf of himself and all other similarly situated persons, known and unknown<br><br>By: /s/ Bradley Manewith<br>    *One of Plaintiff's Attorneys* |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing, **Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement**, to be filed with the Clerk of Court using the Court's CM/ECF system on June 28, 2022, which will send a notice of electronic filing to the following counsel of record:

Michael J. Gray, Esq.
Jennifer Wilcynski Plagman, Esq.
Efrat R. Schulman, Esq.
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
mjgray@jonesday.com
jplagman@jonesday.com
eschulman@jonesday.com

Dated: June 28, 2022

/s/ Bradley Manewith
*One of Plaintiff's Attorneys*