UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JODIE CORDOVA and STEVEN HART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE VALSPAR CORPORATION and THE SHERWIN-WILLIAMS COMPANY,<br><br>Defendants. | Case No. 2:20-cv-02325-CSB-EIL<br><br>Hon. Colin Stirling Bruce<br><br>Magistrate Judge Eric I. Long |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, Jodie Cordova and Steven Hart, individually and as a representatives of a Settlement Class of similarly situated persons, by counsel, Siegel & Dolan Ltd. respectfully requests that this Court grant final approval of the parties' class action settlement, as it meets all of the necessary requirements. In support of their unopposed motion, Plaintiffs submit a Memorandum of Law, and further states:

1. Plaintiffs filed this as a class action under the Biometric Information Privacy Act, 740 Ill. Comp. Stat. 14/l, *et seq.* ("BIPA") on behalf of all persons in Illinois who had their biometric identifiers and biometric information improperly collected, captured, received, or otherwise obtained by Defendants

2. After extensive arms-length negotiations, the parties reached a class settlement of Plaintiffs' BIPA claims.

3. On July 11, 2022, the Court granted preliminary approval of the parties' class action settlement. (ECF No. 32.)

4. As set forth in Plaintiffs' accompanying Memorandum of Law, the class settlement is fair, reasonable, and adequate, and therefore meets the requirements of Fed. R. Civ. P. 23(e)

5. Attached is Exhibit A is Plaintiffs' proposed "Order Granting Final Approval of Class Settlement."

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant final approval of this proposed settlement and sign the proposed order.

| | |
|---|---|
| Dated: November 14, 2022 | Respectfully submitted, |
| Marc J. Siegel, IARDC No. 6238100<br>Bradley Manewith, IARDC No. 6280535<br>James D. Rogers, IARDC No. 6324570<br>Siegel & Dolan Ltd.<br>150 North Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>Tel. (312) 878-3210<br>Fax (312) 878-3211<br>msiegel@msiegellaw.com<br>bmanewith@msiegellaw.com<br>jrogers@msiegellaw.com | JODIE CORDOVA and STEVEN HART, on behalf of themselves and all other similarly situated persons, known and unknown<br><br>By:/s/ Bradley Manewith<br>     *One of Plaintiffs' Attorneys* |

**CERTIFICATE OF SERVICE**

     The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing, **Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement**, to be filed with the Clerk of Court using the Court's CM/ECF system on November 14, 2022, which will send a notice of electronic filing to the following counsel of record:

    Michael J. Gray, Esq.
    Jennifer Wilcynski Plagman, Esq.
    Efrat R. Schulman, Esq.
    JONES DAY
    77 West Wacker Drive, Suite 3500
    Chicago, IL 60601
    mjgray@jonesday.com
    jplagman@jonesday.com
    eschulman@jonesday.com

Dated: November 14, 2022                              /s/ Bradley Manewith
                                                          *One of Plaintiffs' Attorneys*